**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORDERO ANTHONY MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUKE UNIVERSITY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:26-cv-02820 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE AND TO OBEY COURT ORDERS AND LOCAL RULES<br><br>(Doc. 6) |

Cordero Anthony Martin, proceeding pro se, initiated this action with the filing of a complaint on April 14, 2026. (Doc. 1). This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

On May 7, 2026, the assigned magistrate judge ordered Plaintiff to show cause in writing within 21 days from the date of issuance of the order (*e.g.*, no later than May 28, 2026) why this action should not be dismissed for lack of personal jurisdiction, for lack of subject matter jurisdiction, and for failure to state a cognizable claim. (Doc. 3.) The Court forewarned Plaintiff that "**[a]ny failure by Plaintiff to respond to this Order will result in the imposition of sanctions, including a recommendation to dismiss of the entire action without prejudice**." (*Id.* at 7 (citing Fed. R. Civ. P. 41(b)) (emphasis in original).)

After the deadline passed and Plaintiff had not filed any response to the order to show cause, on June 8, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this action without prejudice for Plaintiff's failure to prosecute and to obey Court orders and the Local Rules. (Doc. 6.) The Court served the findings and recommendations on Plaintiff and Plaintiff timely filed objections. (Doc. 7.)

Plaintiff timely filed objections to the findings and recommendations in which contends that the Court can "reasonably presume" that his alleged failure to respond to the show cause order is due to an undefined "nefarious interference," such that the show cause order was "obstructed, delayed, or destroyed." *Id.* at 1. He asserts that the requested relief in his matters before the Court, including this action and his other actions 1:25-cv-00483-CDB and 1:26-cv-2823-JLT-CDB, are for "the bare minimum for the spiritual violations committed by each defendant" in these cases. *Id.* at 2.

The Court finds Plaintiff's objections are not responsive to the order to show cause and do not establish the Court's personal jurisdiction or subject matter jurisdiction over his claims, nor does Plaintiff explain why this action should not be dismissed for failure to state a cognizable claim.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on June 8, 2026 (Doc. 6) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute this case and to comply with court orders and the Local Rules.
3. The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:   **June 25, 2026**

UNITED STATES DISTRICT JUDGE

2